# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARK GRUETZE and JEANINE GRUETZE,
husband and wife,

                Plaintiff,

vs.

US AIRWAYS INC., a foreign Corporation;
DOES I-X and ROE CORPORATIONS XI-XX,
inclusive,

                Defendants.

Case No.:  2:15-cv-01777-APG-PAL

**ORDER OF REMAND**

The Court finds that, subsequent to removal of this case to the United States District Court District of Nevada, Plaintiffs substituted Clark County, a citizen of the State of Nevada, with ROE Corporation XI.

The Court finds that, based on the presence of a defendant that is a citizen of the State of Nevada and pursuant to 28 U.S. Code §1441(b)(2), remand is proper.

IT IS THEREFORE ORDERED THAT the matter be remanded to the Eighth Judicial District Court, Clark County, Nevada, where the case was originally filed.

IT IS SO ORDERED.

Dated:  October 2, 2015.

UNITED STATES DISTRICT JUDGE